IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17CR20017-001 |
| | ) | |
| LISA CHARLENE LAMB, | ) | |
| a/k/a Lisa C. Lamb, | ) | |
| a/k/a Lisa C. Odom, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ART TRANSPORT, INC. | ) | |
| Garnishee. | ) | |

## **ORDER OF GARNISHMENT**

A Writ of Garnishment, directed to ART Transport, Inc., Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an answer on March 30, 2026, stating that as of March 24, 2026, Garnishee is indebted to Defendant, Lisa Lamb, and defendant is paid bi-weekly. Garnishee anticipates a garnishment withholding in the amount of about $465.20 per bi-weekly payroll.

On March 24, 2026, Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED Garnishee pay the remaining sum of 25% of Defendant's disposable earnings, for pay period ending March 24, 2026, to United States of America, Plaintiff, and continue to withhold and pay the Plaintiff all future payments until Defendant's debt to Plaintiff ($152,169.59 as of April 21, 2026), is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further Order of this Court, whichever comes first.

To calculate disposable earnings, subtract the following from wages, commissions, and income: 1) Federal income tax; 2) FICA tax; 3) State income tax; and 4) State statutory withholdings.

Payments shall be made at least *monthly* and be made payable to the Clerk of the Court referencing name of Defendant, Lisa Lamb, and case number 2:17CR20017-001 and **mailed to the United States District Court Clerk, ATTN: Finance Department, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.**

DATED this **4th** day of ____May____, 2026.

_____
Timothy L. Brooks
Chief United States District Judge

Presented by:

CANDACE TAYLOR  Digitally signed by CANDACE TAYLOR
Date: 2026.05.04 10:04:29 -05'00'
_____
Candace L. Taylor
Assistant United States Attorney